UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 1:16CR46 |
| | ) | |
| v. | ) | WRIT OF HABEAS CORPUS |
| | ) | AD PROSEQUENDUM |
| **DOUGLAS AARON HOLCOMB** | ) | |
| | ) | |
| | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshals, Western District of North Carolina, Asheville, NC
TO: Chief Jailer, Transylvania County Jail, 153 Public Saftey Way, Brevard, NC 28712

**IT IS ORDERED** that you have the body of Douglas Aaron Holcomb, W/M, DOB 11/21/91, detained in the Transylvania County Jail, under safe and secure conduct, brought before the Honorable Dennis L. Howell, United States Magistrate Judge, Western District of North Carolina, at the courtroom in the City of Asheville, North Carolina, FORTHWITH, on or before __April 22, 2016__ at __10:00__ a.m./p.m., to make an appearance before the Court on charges contained in the Bill of Indictment now pending in said court against the defendant.

**IT IS FURTHER ORDERED** that the United States Marshals Service shall return the defendant to the Transylvania County Jail, under safe and secure conduct, after the disposition of the above captioned case.

The Clerk is directed to certify copies of this Order to the United States Marshal Service, the Transylvania County Jail, and the United States Attorney.

Signed: April 11, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge

Case 1:16-cr-00046-MR-DLH   Document 5   Filed 04/11/16   Page 1 of 1