IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CR 46

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Vs. | ) CERTIFICATION |
| DOUGLAS AARON HOLCOMB. | ) |

**NOW COMES** Douglas Aaron Holcomb, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Mary Ellen Coleman, that I, Douglas Aaron Holcomb, do hereby state, certify and stipulate that the "Factual Basis" (#15) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 22 day of August 2016.

Douglas Aaron Holcomb, Defendant

1

Defendant's Counsel's Signature:  I am the attorney for DOUGLAS AARON HOLCOMB.  I have carefully reviewed the Factual Basis (#15) filed in this matter with the Defendant.  To my knowledge, his decision to stipulate to these facts is an informed and voluntary decision.

This the ___2___ day of __August__ 2016.

*Mary E Coleman*
Mary Ellen Coleman, Counsel for Defendant